# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HASSAN FALLAH ADL, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL SECURITY, et al., <br><br> Defendants. | Case No. 23-cv-03553-BLF <br><br> **ORDER REGARDING SERVICE OF SUMMONS** |

On July 18, 2023, *pro se* plaintiff Hassan Fallah Adl filed a Complaint against Defendants. Plaintiff was granted permission to proceed *in forma pauperis* on July 19, 2023. As such, IT IS HEREBY ORDERED THAT the Clerk of the Court shall issue summons for Defendants. It is further ordered service of process be effected by the U.S. Marshal for the Northern District of California.

**IT IS SO ORDERED.**

Dated: August 23, 2023

_____
BETH LABSON FREEMAN
United States District Judge